UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAIN LENORD, a/k/a "OB,"<br><br>Defendant | Criminal No. 18CR10479<br><br>Violation:<br><br><u>Count One</u>: Receipt of Firearm While Under Indictment for Felony<br>(18 U.S.C. § 922(n))<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

<u>INDICTMENT</u>

<u>COUNT ONE</u>
Receipt of Firearm While Under Indictment for Felony
(18 U.S.C. § 922(n))

The Grand Jury charges:

On or about October 26, 2018, in Brockton, in the District of Massachusetts, the defendant,

ALAIN LENORD, a/k/a "OB,"

while under indictment for a crime punishable by imprisonment for a term exceeding one year, that is, armed assault with intent to rob, armed assault with a firearm in a dwelling with intent to commit a felony, home invasion, and kidnapping, and knowing that he was under indictment, did willfully receive, a firearm that had been shipped and transported in interstate and foreign commerce, that is, a Glock, Model 30, .45 caliber handgun, serial number: WZC681.

All in violation of Title 18, United States Code, Section 922(n).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds that:

1. Upon conviction of the crime, in violation of 18 U.S.C. § 922(n), set forth in Count One of this indictment, the defendant,

ALAIN LENORD, a/k/a "OB,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any willful commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. Glock, Model 30, .45 caliber handgun, serial number: WZC681.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

2

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

*Glenda Duclos*
FOREPERSON

*[signature]*
PHILIP A. MALLARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER 19, 2018
Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

11:12
12/19/18

3