# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | NO. 19-CR-10479-PBS |
| ) | |
| ALAIN LENORD ) | |

## MOTION FOR A RULE 11 HEARING

Defendant, Alain Lenord, by his attorney, moves that the Magistrate Judge cancel the Status Conference that is presently scheduled for April 25, 2091, report the matter to the District Court as a case that will be resolved by way of plea, and return the file to the District Court to schedule a Rule 11 Hearing at the District Courts convenience.  As reasons therefore, discovery as provided in the Local Rules is complete, no substantive motions will be filed, and defendant has indicated his desire to plead guilty.  The parties have reached a plea agreement which will be provided.

The time between arraignment and the presently scheduled status conference is excludable from operation of the Speedy Trial Act in the interests of justice pursuant to Local Rule 112.2.  The filing of this Motion will toll the Speedy Trial Act until ruled upon by the district court.  18 U.S.C. § 3161(h)(1)(D).

2

Respectfully submitted,

ALAIN LENORD
By his Attorney
Respectfully submitted,

*/s/ Jessica Thrall*
Jessica Thrall,
 B.B.O.: 670412
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 26, 2019.

*/s/ Jessica Thrall*
Jessica Thrall